UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL RUIZ,

                         Plaintiff,

-against-

THE CITY OF NEW YORK COMMISSION
ON HUMAN RIGHTS, et al.,

                         Defendants.

23cv7422 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 6, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 6, 2024
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge